IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY a/s/o Gold Coast Crusing Corp. and Dewey Lynch, | : : : : : | C.A. No. 05-216 JTF |
| Plaintiff, | : : | |
| v. | : : | |
| SOUTHERN DELAWARE TOWING & SALVAGE d/b/a DELMARVA TOWING & SALVAGE | : : : : |  |
| Defendants. | : | |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Wilson, Halbrook & Bayard, Eric C. Howard, Esquire as attorneys for Defendants in the above-captioned matter.

                                       WILSON, HALBROOK & BAYARD
                                       107 W. Market Street
                                       P.O. Box 690
                                       Georgetown, DE  19947
                                       (302) 856-0015

                                       By: _____
                                          Eric C. Howard
                                          Attorneys for Defendants

Dated: July 12, 2005

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the undersigned caused to be mailed, by United States Mail, postage prepaid, two (2) true copies of the within **ENTRY OF APPEARANCE** to:

>Michael B. McCauley, Esquire
>PALMER BIEZUP & HENDERSON LLP
>1223 Foulk Road
>Wilmington, DE 19803

on this 12th day of July, A.D. 2005.

_____
Eric C. Howard