LAW OFFICES
## WILSON, HALBROOK & BAYARD
PROFESSIONAL ASSOCIATION
107 WEST MARKET STREET
P. O. BOX 690
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-0015
TELECOPIER (302) 856-7116

EUGENE H. BAYARD
CLAYTON E. BUNTING
DENNIS L. SCHRADER
ROBERT G. GIBBS
ERIC C. HOWARD
MARK D. OLSON

DAVID C. HUTT
ROBERT H. ROBINSON, JR.

HOUSTON WILSON
(1910-1980)
ROBERT L. HALBROOK
RETIRED

July 13, 2005

VIA FACSIMILE
(302) 577-6630

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware 19801

    Re:    The Standard Fire Insurance Co. v. Southern Delaware Towing & Salvage
             Civil Action No. 05-216

Dear Sir or Madam:

    Enclosed for filing with the United States District Court is my Answer of Defendant for the above referenced matter. Also enclosed is an extra copy for clocking along with a postage paid return envelop to be returned to me. Thank you.

                        Very truly yours,

                        WILSON, HALBROOK & BAYARD

                        Eric C. Howard

ECH/pdb
Enclosure