IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
THE STANDARD FIRE INSURANCE COMPANY
a/s/o Gold Coast Cruising Corp. and
Dewey Lynch,

                        Plaintiff,

- against -

SOUTHERN DELAWARE TOWING &
SALVAGE d/b/a DELMARVA TOWING &
SALVAGE

                        Defendant.
---------------------------------------------------------------x

CIVIL ACTION

IN ADMIRALTY

C.A. No. 05-216 (JJF)

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff certifies that two true and correct copies of Plaintiff's Mandatory Rule 26 Disclosure Statement were served upon counsel for Defendant by first class mail, on the 12th day of August, 2005 as follows:

        Eric C. Howard, Esq.
        Wilson, Halbrook & Bayard
        107 W. Market Street
        P.O. Box 690
        Georgetown, DE 19947

Respectfully Submitted,

PALMER BIEZUP & HENDERSON LLP

By: *[signature]*
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
mccauley@pbh.com

PBH: 177677.1