# PALMER
Attorneys at Law

Michael B. McCauley
*Partner*
mccauley6@pbh.com

11 September 2006



The Hon. Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Lock Box 27
Wilmington, DE 19801

    Re:    The Standard Fire Insurance Company v.
               Delmarva Towing & Salvage
               U.S.D.C. - D.De. - C.A. No. 05-216(JJF)
               Our File: 8537-002

Dear Judge Farnan:

    We write to advise that this matter has been settled as a result of the mediation conducted by Magistrate Judge Thygne on September 7th, 2006.

    As a result of the payment provisions of the settlement, it has been agreed that the stipulation of dismissal will be filed on or about November 1st, 2006.

               Respectfully,

               PALMER BIEZUP & HENDERSON LLP

               By: *[signature]*
                     Michael B. McCauley

MMc:lr

cc:    Magistrate Judge Mary Pat Thygne
        Eric Howard, Esq.

PBH: 185460.1

Palmer Biezup & Henderson, LLP
1223 Foulk Road | Wilmington, DE 19803
P 302.594.0895 | 302.478.4773 | F 302.478.7625 | www.pbh.com

PHILADELPHIA | NEW JERSEY | NEW YORK | DELAWARE | MARYLAND